RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB - 5 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VERSUS | * | 3:25-cr-00025-01 |
| | * | Judge Doughty |
| CARSON McKOIN | * | Magistrate Judge McClusky |

**INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT 1
### Assaulting, Resisting, or Impeding Certain Officers or Employees
### [18 U.S.C. §§ 111(a)(1) & (b)]

On or about January 19, 2024, in the Western District of Louisiana, the defendant, **Carson McKoin**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.H. and K.H., persons designated in 18 U.S.C. § 1114, to wit: federal wildlife agents who were engaged in official duties, and the defendant used a dangerous weapon, to wit; a Benelli Super Black Eagle 12-gauge shotgun, in violation of Title 18, United States Code, Sections 111(a)(1) & (b). [18 U.S.C. §§ 111(a)(1) & (b)].

## COUNT 2
### Discharge of a Firearm During a Crime of Violence
### [18 U.S.C. § 924(c)(1)(A)(iii)]

On or about January 19, 2024 in the Western District of Louisiana, the Defendant, **Carson McKoin**, did knowingly and intentionally discharge a firearm, to wit:, a Benelli Super Black Eagle 12-gauge shotgun, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, that is, Assaulting, Resisting, or Impeding Certain Officers or Employees, as alleged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii). [18 U.S.C. § 924(c)(1)(A)(iii)].

### FORFEITURE NOTICE

A.  The allegations in counts 1 and 2 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B.  Upon conviction of the firearm offense alleged in Count 2 set forth above in this Indictment, the defendant, **Carson McKoin**, shall forfeit to the United States the following items seized by law enforcement officers on or about January 19, 2024:

  1)  Benelli Super Black Eagle 12-gauge shotgun

C.  By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18,

United States Code, Section 924(d) all in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) [18 U.S.C. § 924(d)].

A TRUE BILL:

                                    Alexander C. Van Hook
                                    Acting United States Attorney

*REDACTED*

_____      _____
GRAND JURY FOREPERSON      ROBERT F. MOODY (TX Bar #24062903)
                                    Assistant United States Attorney
                                      300 Fannin Street, Suite 3201
                                      Shreveport, Louisiana 71101
                                      Phone: (318) 676-3600

*[Handwritten: William Gaskin, AUSA, La. Bar no. 35786]*