UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNITED STATES OF AMERICA**               **CASE NO. 3:25-CR-00025-01**

**VERSUS**                                 **JUDGE TERRY A. DOUGHTY**

**CARSON MCKOIN (01)**                     **MAG. JUDGE KAYLA D. MCCLUSKY**

### EXHIBIT LIST
### Detention Hearing 2/19/25

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Incident Narrative Report dated 1/13/24 | 2/19/25 |
| 2 | Wildlife Fisheries Video (Manual Attachment) | 2/19/25 |
| 3 | Supplemental LA Department of Wildlife Fisheries Incident Report dated 1/19/24 (22 pages) | 2/19/25 |