UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 3:25-cr-00025 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| CARSON MCKOIN | * | MAGISTRATE JUDGE MCCLUSKY |

**GOVERNMENT'S NOTICE TO PRESENT EXPERT TESTIMONY UNDER FEDERAL RULES OF EVIDENCE 16**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, who states the following:

1.

The government will call ATF Special Agent Megan McWaters, a special agent employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, as an expert witness in its case in chief. She will testify regarding the pattern, spread, and density of shot of the defendant's shotgun and choke that were used in this case. Agent McWaters will testify regarding the results of all tests performed on this firearm included in her report. Her curriculum vitae and trial list are provided to counsels with this report as exhibit 1. Her initial report is being provided to the defense through discovery. The government anticipates that her initial report will be amended to include more detailed findings in a later notice.

Respectfully submitted,

ALEXANDER C VAN HOOK
Acting United States Attorney

BY: */s/ Robert F. Moody*
ROBERT F. MOODY
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101

## **CERTIFICATE OF SERVICE**

      I, Assistant United States Attorney Robert F. Moody, hereby certify that on March 28, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsels for the Defendants, by operation of the court's electronic filing system.

      Signed on March 28, 2025, in Shreveport, Louisiana.

                                                */s/ Robert F. Moody*
                                                ROBERT F. MOODY
                                                Assistant United States Attorney