UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00025-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CARSON MCKOIN (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Before the Court is an Appeal of the Magistrate Judge's Decision [Doc. No. 21] filed by Defendant Carson McKoin ("McKoin"). The Government filed a Response in Opposition [Doc. No. 25] and McKoin filed a Reply [Doc. No. 27].

McKoin argues that the Magistrate Judge erred when she applied a preponderance of the evidence standard at the detention hearing and an incorrect burden of persuasion. The Government contends that the Magistrate Judge correctly applied the burdens in this case. Under 18 U.S.C. § 3145, a magistrate judge's decisions regarding pretrial detention are subject to *de novo* review by the district judge. *United States v. Rueben*, 974 F.2d 580, 585–86 (5th Cir. 1992). The district court acts *de novo* and must make an independent determination of the proper pretrial detention or conditions for release. *Id.* at 586; *See also United States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985). This court has reviewed the transcript of the detention hearing before the Magistrate Judge, as well as the briefs by the parties, and finds that under the clear and convincing standard, there is adequate support for the pretrial detention of McKoin.

Briefly, McKoin was an avid duck hunter and knew game wardens frequented the area of the incident. Agent Kurt Hatten ("Agent Hatten") testified that McKoin aimed and shot the shotgun at his person and another game warden in the boat.[1] The defense argues that McKoin did not know

---

[1] [Doc. No. 20, p. 91].

he was giving a "warning shot" at game wardens and instead was trying to warn off other hunters from flaring up birds.[2] Yet, the agents testified that as they were breaking into the hole and clearly visible, McKoin fired the shots.[3] Meanwhile, McKoin stated he was trying to shoot to the right. However, despite his familiarity and consistency in firing shotguns, both agents were hit.[4] Even if McKoin did not know he was shooting at the agents, the Court finds the Government's argument persuasive that McKoin would have "had no problem intimidating, threatening, assaulting, and shooting at [other] [hunters]."[5] The Court believes that regardless of any erroneous standards that may have been applied at the detention hearing, after *de novo* review of the record, McKoin poses a danger to the community.

Accordingly,

**IT IS ORDERED** that McKoin's appeal [Doc. No. 21] **DENIED**, and Magistrate Judge Kayla McCluksy's Order [Doc. No. 17] is hereby **AFFIRMED**.

MONROE, LOUISIANA, this 1st day of April, 2025.

_____
Terry A. Doughty
United States District Judge

---

[2] [Doc. No. 21-1, p. 3].
[3] [Doc. No. 20, p. 89].
[4] [Doc. No. 20, pp. 76-7].
[5] [Doc. No. 25, p. 5].