UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  3:25-cr-00025 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| CARSON McKOIN | * | MAGISTRATE JUDGE MCCLUSKY |

**GOVERNMENT'S REQUESTED JURY INSTRUCTIONS**
<u>TRIAL DATE: April 25, 2025</u>

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully requests the following jury instructions:

I. Substantive Offense Instruction:
   **Count 1**
   No. 2.95A   Forcibly Assaulting a Federal Officer
   **Count 2**
   No. 2.44A   Discharging a Firearm in Furtherance of a Crime of Violence
   The words use or carry should be replaced with the word discharge from the words used in 18 U.S.C. § 924(c)(1)(A)(iii)

II. General Instructions:
   Nos.  1.01,
         1.03,
         1.04,
         1.05,
         1.06,
         1.08,
         1.09,
         1.11
         1.13
         1.18 (Firearm expert)
         1.19,

        1.21,
        1.22,
        1.23,
        1.26,
        1.27,
        1.28,
        1.32,
        1.41,
        1.42,
        1.48

The Government respectfully requests the opportunity to file additional instructions should they become necessary.

        Respectfully,

        ALEC VAN HOOK
        ACTING UNITED STATES ATTORNEY
        <u>S/   *Robert F. Moody*</u>
BY:   Robert F. Moody
        (TX. Bar No. 24062903)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101
        (318) 676-3600
        (318) 676-3663 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the defendant by the CM/ECF system.

BY:    S/ *Robert F. Moody*
       Robert F. Moody
       (TX. Bar No. 24062903)
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, Louisiana 71101
       (318) 676-3600
       (318) 676-3663 (fax)
