UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 3:25-cr-00025 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| CARSON McKOIN | * | MAGISTRATE JUDGE MCCLUSKY |

**JOINT STIPULATION**

COMES NOW, the United States of America through the United States Attorney and undersigned counsel, the defendant, CARSON McKOIN, by and through his counsel, hereby agree that the jury may accept as proven fact the following:

1.

At the time of the charged offenses in the Indictment, Kurt Hatten (K.H. in the indictment) and John Harrell (J.H, in the indictment), were and are federal officers (which includes a state law enforcement officer acting in cooperation with and under the control of, federal officers in a matter in volving the enforcement of federal laws.) Both were United States Federal Law enforcement officers appointed by the United States Fish and Wildlife Service and NOAA National Marine Fisheries Service. At the time of the charged offenses, Kurt Hatten and John Harrell were engaged in their official duties of patrolling the Upper Ouachita National Wildlife Refuge.

Signed this _9th_ day of _April_ 2025.

Alexander C. Van Hook
Acting United States Attorney

_____
ROBERT F. MOODY (TX Bar #24062903)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600

_____
CARSON McKOIN
Defendant

_____
DEVIN T. JONES LBR#33912
Attorney for Defendant
609 North 5th Street
Monroe, Louisiana 71201
(318) 516-3555
jones@erasemyarrest.com