**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**              **CASE NO.  3:25-CR-00025-01**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**CARSON MCKOIN (01)**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER FOR JURY MEAL

**IT IS ORDERED** that the Clerk of Court furnish food and beverages to the jury during the trial and deliberations of the above entitled and numbered case as required, at government expense.

THUS DONE in Chambers on this __30th___ day of  April, 2025.

_____
Terry A. Doughty
United States District Judge