UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL CASE |
| | * | DISTRICT JUDGE DOUGHTY |
| | * | MAGISTRATE JUDGE MCCLUSKY |
| VERSUS NO.: 25 Cr 00025 | * | |
| | * | |
| CARSON MCKOIN | * | |

**MOTION TO CONTINUE TRIAL SET FOR JUNE 1, 2026**

NOW INTO COURT, through the undersigned attorney comes the Defendant, CARSON MCKOIN, who request that the Court continue the trial scheduled for scheduled for June 1, 2026 and would show as follows:

1.

Defendant Carson McKoin is scheduled for trial in this matter on June 1, 2026.

2.

As of last week the sides were engaged in attempts to resolve this matter without trial. However, on Monday of this week a final resolution was not able to be accomplished and counsel for the Defendant has been engaged in activities in this matter focused on resolution without trial.   Now, the Defense Counsel is switching to resolution of this matter by way of a jury trial which is major refocusing in strategy and preparation.   Counsel for the Defendant would request more time to prepare for trial in light of the recent efforts by all parties to reach final resolution of this matter without trial but that ultimately were not successful. Necessary trial preparations would require at least three weeks of preparation and the refocusing of strategy for trial. Additionally, this undersigned Counsel in late April of this was notified of being awarded a Pro Bono Attorney Award by the Louisiana State Bar Association with a ceremony and activities to commence on May 19, 2026 at the

Louisiana Supreme Court. With focus on possible resolution without trial and the upcoming award ceremony in which numerous family members will attend with activities due to render counsel out of the office from May 19-20, 2026 which would be during the trial preparation phase, sufficient trial preparation by the Defense would not be able to occur prior to trial on June 1, 2026.

3.

The undersigned attorney based on the foregoing would submit good cause for a short continuance of the trial date previously scheduled in this matter on June 1, 2026.

4.

Additionally, upon request of the possible trial dates to continue this matter to the Court provided the date of August 24, 2026 and the Defendant, this undersigned attorney, and the United States Attorney have agreed that date would be a good and preferred date for Trial in this matter.

5.

The United States Attorney's office does not oppose this Motion to Continue and again has agreed the August 24, 2026, Trial Date this Court has on it's calendar is agreeable date for Trial in this matter.

6.

Based on all the foregoing, the Undersigned Attorney is requesting a continuance of the Trial in this matter USA v. Carson McKoin.

WHEREFORE, CARSON MCKOIN, PRAYS, this Honorable Court GRANT this MOTION TO CONTINUE the Trial scheduled for May 13, 2026 based on the unforeseen unavailability of his attorney Devin T. Jones.

CERTIFICATE

I certify that a copy of the MOTION TO CONTINUE was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing.

Signed this 13th day of May, 2026
/s/Devin T. Jones

Respectfully Submitted,
/s/Devin T. Jones
Devin T. Jones, LA BRN 33912
JONES CRIMINAL DEFENSE
1309 Louisville Avenue
Monroe, Louisiana 71201
T: (318) 327-8632
Email: Devin@jonescriminaldefense.com