RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 15 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

v.

CARSON McKOIN,

Defendant

CRIMINAL NO.: 3:25-cr-00025
JUDGE DOUGHTY
MAGISTRATE JUDGE McCLUSKY

_____/

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Assaulting, Resisting, or Impeding Certain Officers or Employees**
[18 U.S.C. §§ 111(a)(1) & (b)]

On or about January 19, 2024, in the Western District of Louisiana, the defendant,

**CARSON MCKOIN**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "J.H." and "K.H.," employees of the United States and of an agency in a branch of the United States Government designated in 18 U.S.C. § 1114, that is, the U.S. Fish and Wildlife Service, while they were engaged in and on account of the performance of their official duties, and in the commission of the offense, did use a dangerous weapon, that is, a Benelli Super Black Eagle 12-gauge shotgun, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

<u>**COUNT 2**</u>
**Possession of a Firearm in Furtherance of a Crime of Violence**
[18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 19, 2024, in the Western District of Louisiana, the defendant,

**CARSON MCKOIN,**

did knowingly possess a firearm, that is, a Benelli Super Black Eagle 12-gauge shotgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(1) and (b), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>**FORFEITURE NOTICE**</u>

A.     The allegations in counts 1 and 2 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B.     Upon conviction of the firearm offense alleged in Count 2 set forth above in this Indictment, the defendant, **CARSON MCKOIN**, shall forfeit to the United States the following items seized by law enforcement officers on or about January 19, 2024: a Benelli Super Black Eagle 12-gauge shotgun.

C.     By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18,

United States Code, Section 924(d) all in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____

GRAND JURY FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____

DANIEL J. VERMAELEN
ASSISTANT UNITED STATES ATTORNEY

3