UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-cr-00025-01 |
| | * | |
| VERSUS | * | CHIEF JUDGE DOUGHTY |
| | * | |
| CARSON McKOIN | * | MAGISTRATE JUDGE McCLUSKY |

# VERDICT OF THE JURY

## Count 1

1. As to the charge contained in Count 1 of the Indictment, Assaulting, Resisting, or Impeding Certain Officers or Employees, we the Jury unanimously find, beyond a reasonable doubt, the defendant, Carson McKoin:

X Guilty ______ Not Guilty

## Count 2

2. As to the charge contained in Count 2 of the Indictment, Possession of a Firearm in Furtherance of a Crime of Violence, we the Jury unanimously find, beyond a reasonable doubt, the defendant, Carson McKoin:

______ Guilty X Not Guilty

REDACTED
Foreperson

8/26/26
Date